IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:12-00206
    )
BRANDON ELLEDGE    )


## O R D E R

The Court held a detention hearing on December 12, 2012, at which hearing defendant offered one exhibit, marked as collective Exhibit No. 1, which are eight pages of documents pertaining to the defendant's mother's purchase of her home. After the hearing concluded, the Court determined that the exhibit should be placed under seal inasmuch as there are personal identifiers in the documents, such as addresses.

Therefore, it is hereby ORDERED that defendant's Collective Exhibit 1 be placed UNDER SEAL pending any further order of the Court.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge