UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| ARTURO DELGADO, et al. | ) | |

ORDER

The trial in this case is set for May 7, 2013, at 9:00 a.m. A pretrial conference is scheduled for May 6, 2013, at 10:30 a.m. A status conference is scheduled for April 1, 2013, at 8:30 a.m. All lawyers who will try the case shall attend the status conference.

Any plea agreement shall be consummated by April 29, 2013, and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court by April 30, 2013. If a plea agreement is submitted, the hearing to take the plea will take place on May 6, 2013, at 10:30 a.m.

Pretrial Filing Deadlines

Pending before the Court is a Motion for Extension of Time to File Pretrial Motions (Docket No. 64). The Motion is GRANTED. The deadline for filing pretrial motions for all parties is March 15, 2013.

The parties shall file the following with the Court, on or before April 29, 2013, if the case is to be tried: (1) case specific jury instructions, with citations to supporting authorities, and verdict forms; and (2) motions in limine. Counsel for the parties shall comply timely with the discovery and motion provisions of LCrR 12.01 and 16.01.

### Continuances

Any motion to continue the trial, pretrial conference or plea dates shall be filed no later than one week before the pretrial conference date. Any motion to continue the trial shall attach a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached.

### Attendance

All Defendants shall attend all Court proceedings in this case. If a Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant.

### CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE