UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| SUSAN STANSKY | ) | |

## ORDER

Pending before the Court is a Second Motion for an Extension of Time to File Pretrial Motions (Docket No. 105). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to July 15, 2013, for all Defendants.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE