UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| ARTURO DELGADO, et al. | ) | |

ORDER

Pending before the Court is an Unopposed Motion to Extend Pretrial Motion Deadline (Docket No. 142) filed by Defendant Stuczynski. The Motion is GRANTED.

The deadline to file any pre-trial motions is extended to September 30, 2013, for ALL Defendants.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE