UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| ARTURO DELGADO, et al. | ) | |

## ORDER

Pending before the Court is a Motion to Waive Presence at Status Conference (Docket No. 148) filed by Defendant Susan Stansky.

The status conference for all Defendants in this case scheduled for September 30, 2013 is CANCELLED.

It is so ORDERED.

```
                                        _____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE
```